

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>Christine Charlene PISCH,<br><br>               Defendant. | Case No.: **20MJ9045**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C. §§ 952, 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant duly sworn states:

That on or about March 24, 2020, within the Southern District of California, defendant, Christine Charlene PISCH did knowingly and intentionally import 500 grams and more, to wit: approximately 2.445 kilograms (5.39 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*[signature]*

Akeim Guiden, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF MARCH, 2020.

*[signature]*

HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Christine Charlene PISCH

## STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Akeim Guiden.

On March 24, 2020, at approximately 2:50 p.m., Christine Charlene PISCH, a United States citizen, entered the United States at the Calexico West, California, Port of Entry (POE). PISCH entered through the pedestrian inbound lane. Primary inspection of PISCH was conducted by Customs and Border Protection Officer (CBPO) W. Early.

CBPO L. Early asked PISCH what was the purpose of her travel. PISCH responded that she was coming from Mexico after visiting an aunt. CBPO L. Early asked PISCH how long she had been visiting her aunt and PISCH responded two hours.

CBPO L. Early asked PISCH if she had anything to declare and PISCH gave a negative declaration. During a visual inspection of PISCH, CBPO L. Early noticed an irregular bulge underneath her sweatshirt. CBPO L. Early conducted a pat down for weapons and felt a "crunchy" object. CBPO L. Early subsequently referred PISCH to pedestrian secondary for screening.

CBPO L. Early and J. Sammons escorted PISCH to the vehicle secondary inspection area for further inspection. A Canine Enforcement Officer (CEO) and a Human/Narcotics Detection Dog (HNDD) assisted with the search of PISCH. The HNDD alerted to the body of PISCH.

A second pat down of PISCH by CBPO M. Gastelum which revealed three square clear bags, wrapped in silver duct tape, containing a crystal-like substance, around the waist of PISCH.

The three packages which were removed from PISCH had a combined weight of 2.45 kilograms (5.39 pounds). One of the packages was field-tested and the results came back positive for the properties of methamphetamine. HSI Special Agents A. Guiden and J. Doucet responded to the Calexico West Port of Entry at approximately 4:37 p.m.

On March 24, 2020, at approximately 6:30 p.m., SA's A. Guiden and J. Doucet took custody of PISCH at the Calexico West Port of Entry.

SA Guiden advised PISCH of her Miranda rights in English as well as giving her an English version to read. PISCH agreed to answer questions without the presence of an attorney. During questioning, PISCH admitted to knowingly attempting to smuggling narcotics into the United States on her person. PISCH stated that she was supposed to have been paid when the narcotics were delivered in the United States, but did not know the amount she was going to be paid.